# Exhibit 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

**In re:**

**DEWAYNE E HOPKINS**
**FDBA STARLIGHT ENTERPRISE,**                    **CHAPTER 7**

      **DEBTOR.**                                    **CASE NO. 18-11153-KHK**

**CARVANA, LLC,**

      **MOVANT,**

vs.

**DEWAYNE E HOPKINS**
**and H. JASON GOLD, TRUSTEE,**

      **RESPONDENTS.**

<u>**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**</u>

      The Motion for Relief from the Automatic Stay filed by Carvana, LLC ("Movant"), upon the argument of counsel and the court finding grounds to grant the motion, with the Trustee having endorsed this Order and agreeing to its entry, it is

      **ORDERED** that the Automatic Stay of 11 U.S.C. §362 be, and it is hereby, modified to allow the Movant to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit:  **2014 Toyota Prius V Hybrid xxxxxxxxxxxxx6377**.

DATED:

May 31 2018

/s/ Klinette Kindred

UNITED STATES BANKRUPTCY JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**
  May 31 2018

I ask for this:
By: **/s/ BRANDON R. JORDAN**
Eric D. White, Esquire, Bar No. 21346
Brandon R. Jordan, Esquire, Bar No. 72170

**Brandon R. Jordan, Esquire**
**Counsel for Movant**
**Samuel I. White, P.C.**
**Bar No. 72170**
**1804 Staples Mill Road**
**Suite 200**
**Richmond, VA 23230**
**(804) 290-4290**
**File No. 61920**

Johnie R. Muncy, Esquire, Bar No. 73248
Nisha R. Patel, Esquire, Bar No. 83302
Samuel I. White, P.C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
bjordan@siwpc.com
Counsel for Carvana, LLC

Seen and no objection:

/s/ H. Jason Gold
H. Jason Gold
Chapter 7 Trustee
101 Constitution Avenue, N.W.
Suite 900
Washington, DC 20001

Case No. 18-11153-KHK

## CERTIFICATE OF SERVICE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

By: /s/ **BRANDON R. JORDAN**
Brandon R. Jordan, Esquire
Samuel I. White, P.C.

The Clerk shall mail a copy of the entered Order to the following:

H. Jason Gold
Chapter 7 Trustee
101 Constitution Avenue, N.W.
Suite 900
Washington, DC 20001
Case No. 18-11153-KHK


Dewayne E Hopkins
Pro Se Debtor
1600 North Oak Street #1115
Arlington, VA 22209