# Exhibit 3

# U.S. Bankruptcy Court
## Eastern District of Virginia (Alexandria)
### Adversary Proceeding #: 18-01037-KHK

*Assigned to:* Klinette H. Kindred  
*Lead BK Case:* 18-11153  
*Lead BK Title:* Dewayne E Hopkins  
*Lead BK Chapter:* 7  
*Demand:*  

*Date Filed:* 04/02/18

*Nature[s] of Suit:* 21 Validity, priority or extent of lien or other interest in property  
14 Recovery of money/property - other  
91 Declaratory judgment

*Plaintiff*  
-----------------------  
**Dewayne Hopkins**  
1600 North Oak Street #1115  
Arlington, VA 22209  

represented by **Dewayne Hopkins**  
PRO SE

V.

*Defendant*  
-----------------------  
**Go Financial**  
P.O. Box 52526  
Phoenix, AZ 85072  

represented by **Go Financial**  
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 04/02/2018 | 1 (5 pgs) | Adversary case 18-01037. Complaint against Go Financial (Fee Amount of $350 is Exempt ) filed by Dewayne Hopkins. Nature of Suit: (21 (Validity, priority or extent of lien or other interest in property)), (14 (Recovery of money/property - other)), (91 (Declaratory judgment)) Associated Bankruptcy Case Number: 1:18-bk-11153 (Douglass, Elizabeth) |
| 04/02/2018 | 2 (2 pgs) | Adversary Proceeding Cover Sheet filed by Dewayne Hopkins. (Douglass, Elizabeth) |
| 04/04/2018 | 3 (1 pg) | Notice of Appearance filed by Nisha Ryan Patel of Samuel I. White, P.C. on behalf of Carvana, LLC. (Patel, Nisha) |
| 04/04/2018 | 4 | Summons and Notice of Pre-Trial Conference. Summons Issued to Go Financial Answer Due 5/4/2018 Pre-Trial Conference set for 7/16/2018 at 09:30 AM at Judge Kindred's Courtroom, 200 S. Washington Street, 2rd Floor, Courtroom II, Alexandria, VA, (Glenn, Jillinda) |
| 04/04/2018 | 5 | Initial Scheduling Order (Glenn, Jillinda) |
| 04/06/2018 | 6 | Summons and Notice of Pre-Trial Conference. (Re: related document(s) 4 |

|  |  |  |
|---|---|---|
|  | (3 pgs) | Summons and Notice of Pre-Trial Conference) (Admin.) (Entered: 04/07/2018) |
| 04/06/2018 | [7](#) (5 pgs) | Initial Scheduling Order (Re: related document(s) 5 Initial Scheduling Order) (Admin.) (Entered: 04/07/2018) |
| 04/19/2018 | [8](#) (9 pgs) | Answer *to Complaint* (Re: related document(s)[1](#) Complaint filed by Dewayne Hopkins) filed by Brandon R. Jordan of Samuel I. White, P.C. on behalf of Carvana, LLC. (Jordan, Brandon) |
| 04/23/2018 | [9](#) (1 pg) | Certificate of Mailing (Re: related document(s)[6](#) Summons and Notice of Pre-Trial Conference - CerDocTyp) filed by Dewayne Hopkins. (Glenn, Jillinda) (Entered: 04/26/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/13/2018 12:43:40 | | | |
| **PACER Login:** | tgoboyle:4870972:4870132 | **Client Code:** | 10213.0131 |
| **Description:** | Docket Report | **Search Criteria:** | 18-01037-KHK Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |